

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG
F.#2010R01655

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 2, 2010

By U.S. Mail

Paul A. Goldberger, Esq.
Goldberger & Dubin PC
401 Broadway, Suite 306
New York, NY 10013

Deborah Colson, Esq.
Colson & Harris LLP
10 East 40th St., Suite 3307
New York, NY 10016

Florian Miedel, Esq.
111 Broadway, Suite 1401
New York, NY 10006

        Re:  United States v. Jian Hao Liu, et al.
             Criminal Docket No. 10-0720 (DGT)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery in the above-captioned case.  The government also requests reciprocal discovery.

    1.  Documents and Tangible Objects

     The following are transcripts of consensually recorded conversations made by V-1 are available at DupeCoop, which conversations were previously provided.  You may obtain these materials by contacting John Palermo at (973) 895-1359.

| Ex. | Description |
| --- | --- |
| 12 | Transcript of telephone call(s) on or about August 25, 2010 at or about 4:09 p.m. |
| 13 | Transcript of telephone call(s) on or about August 25, 2010 at or about 6:50 p.m. |

| | |
|---|---|
| 14 | Transcript of telephone call(s) on or about August 25, 2010 at or about 9:05 p.m. |
| 15 | Transcript of telephone call(s) on or about August 26, 2010 at or about 5:48 p.m. |
| 16 | Transcript of telephone call(s) on or about August 26, 2010 at or about 8:48 p.m. |
| 17 | Transcript of telephone call(s) on or about August 26, 2010 at or about 8:50 p.m. |
| 18 | Transcript of telephone call(s) on or about August 26, 2010 at or about 9:01 p.m. |
| 19 | Transcript of telephone call(s) on or about August 26, 2010 at or about 9:57 p.m. |
| 20 | Transcript of telephone call(s) on or about August 26, 2010 at or about 10:16 p.m. |
| 21 | Transcript of telephone call(s) on or about August 26, 2010 at or about 10:31 p.m. |
| 22 | Transcript of telephone call(s) on or about August 26, 2010 at or about 10:32 p.m. |
| 23 | Transcript of telephone call(s) on or about August 27, 2010 at or about 12:19 p.m. |
| 24 | Transcript of telephone call(s) on or about August 27, 2010 at or about 2:40 p.m. |
| 25 | Transcript of telephone call(s) on or about August 27, 2010 at or about 3:05 p.m. |
| 26 | Transcript of telephone call(s) on or about August 27, 2010 at or about 3:31 p.m. |
| 27 | Transcript of telephone call(s) on or about August 27, 2010 at or about 3:49 p.m. |
| 28 | Transcript of telephone call(s) on or about August 27, 2010 at or about 3:52 p.m. |
| 29 | Transcript of telephone call(s) on or about August 27, 2010 at or about 4:37 p.m. |
| 30 | Transcript of meeting on or about August 27, 2010 at or about 4:47 p.m. |

If you have any questions or further requests, please do not hesitate to contact me.

                                   Sincerely,

                                   LORETTA E. LYNCH
                                   United States Attorney

                       By:   _____
                                   Elizabeth A. Geddes
                                   Assistant U.S. Attorney
                                   (718) 254-6430

Enclosures

cc:  Clerk of the Court (DGT)
     (without enclosures)